UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Multi-Tech Systems, Inc.,

Plaintiff,

ORDER

v.

Civil No. 00-295(ADM/AJB)

Gateway 2000, Inc.,

Defendant.

Microsoft Corporation,

Plaintiff,

v.

Civil No. 00-1412(JMR/FLN)

Multi-Tech Systems, Inc.,

Defendant.

Case No. 00-295 having been assigned to Judge Ann D. Montgomery and Case No. 00-1412 having later been assigned to Judge Rosenbaum, said matters being related cases;

IT IS HEREBY ORDERED that Case No. 00-1412 be assigned to Judge Ann D. Montgomery, nunc pro tunc, by use of a card on the Patent List of the automated case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: June 26, 2000

JUDGE JAMES M. ROSENBAUM
UNITED STATES DISTRICT COURT

Dated: June 26, 2000

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

JUN 27 2000

FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Please use new case number

00-1412 ADM/AJB