**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MICROSOFT CORPORATION,
a Washington corporation,

Plaintiff and
Counterclaim Defendant,

v.

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Defendant and
Counterclaim Plaintiff.

Case No. 00-CV-1412 (ADM/RLE)

**STIPULATION AND ORDER TO MODIFY PRETRIAL ORDER**

Subject to the Court's approval, Plaintiff and Counterclaim Defendant Microsoft Corporation ("Microsoft") and Defendant and Counterclaim Plaintiff Multi-Tech Systems, Inc. ("Multi-Tech") stipulate to the following:

Both Microsoft and Multi-Tech have worked diligently to complete discovery before the close of fact discovery on August 31, 2001, as set forth in the October 19, 2000 Pretrial Order. Because of witness and attorney unavailability, however, certain depositions have not or will not be completed within the fact discovery period. As these depositions were properly noticed within the discovery period, the parties hereby agree, subject to the Court's approval, that the Pretrial Order should be modified to allow the parties to take such depositions, which will be completed by October 5, 2001.

Additionally, on August 24, 2001, Microsoft produced an opinion of counsel to Multi-Tech. The parties are discussing the parameters of discovery with respect to opinions of counsel, and hope to submit a separate stipulation to the Court in the near future.

2294502.1



43

SEP
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

Dated: August 31, 2001

BY: ______________________
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Ken R. Hall (#247017)
Joseph A. Mandernach (#295681)
Misti Nelc (#296090)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF, MULTI-TECH SYSTEMS, INC.**

**SIDLEY, AUSTIN, BROWN & WOOD**

Dated: August 31, 2001

BY: ______________________ /RJS with permission
David T. Pritikin
Richard A. Cederoth
Douglas I. Lewis
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

**ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT, MICROSOFT CORPORATION**

**IT IS SO ORDERED:**

Dated: 9/5, 2001

Raymond L. Erickson

Honorable Raymond L. Erickson
United States Magistrate Judge