**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MICROSOFT CORPORATION,
a Washington corporation,

Plaintiff and
Counterclaim Defendant,

v.

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Defendant and
Counterclaim Plaintiff.

Case No. 00-CV-1412 (ADM/RLE)

**STIPULATION AND ORDER TO MODIFY PRETRIAL ORDER (WILLFULNESS)**

Subject to the Court's approval, Plaintiff and Counterclaim Defendant Microsoft Corporation ("Microsoft") and Defendant and Counterclaim Plaintiff Multi-Tech Systems, Inc. ("Multi-Tech") stipulate to the following:

The parties seek a modification of the October 19, 2000 Pretrial Order, which will allow Multi-Tech to take discovery of Microsoft on the issue of willfulness.

The parties stipulate that, upon the Court's approval, the Pretrial Order shall be modified to allow Multi-Tech to complete previously-noticed discovery relating to the issue of willfulness. Such discovery shall be completed by October 31, 2001. The parties further stipulate that good cause has been shown, which makes appropriate the extension of the discovery period with respect to the willfulness issue.



FILED SEP 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

45 46

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

Dated: September 19, 2001

BY: ______________________
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Ken R. Hall (#247017)
Joseph A. Mandernach (#295681)
Misti Nelc (#296090)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF, MULTI-TECH SYSTEMS, INC.**

**SIDLEY, AUSTIN, BROWN & WOOD**

Dated: September 19, 2001

BY: ______________________
David T. Pritikin
Richard A. Cederoth
Douglas I. Lewis
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

**ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT, MICROSOFT CORPORATION**

**IT IS SO ORDERED:**

Dated: 9/20, 2001

______________________
Honorable Raymond L. Erickson
United States Magistrate Judge