Sidley 9/25/01 4:17PM
Received Sep 25 02:11PM (01:12) on S&A line [6] for 'RCEDEROT' WORKSRV4 printed OPE3BB090F72FE7 on Sep 25 03:19PM 2001 * Pg 3/5
SEP 25 '01 14:34 FR R.K.M.& C. L.L.P. 612 339 4181 TO 2464#121061*0087 P.03/05

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICROSOFT CORPORATION,
a Washington corporation,

Plaintiff and
Counterclaim Defendant,

v.

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Defendant and
Counterclaim Plaintiff.

Case No. 00-CV-1412 (ADM/RLE)

**STIPULATION AND ORDER TO MODIFY PRETRIAL ORDER (EXTENSION OF DISCOVERY PERIOD)**

Subject to the Court's approval, Plaintiff and Counterclaim Defendant Microsoft Corporation ("Microsoft") and Defendant and Counterclaim Plaintiff Multi-Tech Systems, Inc. ("Multi-Tech") stipulate to the following:

Both Microsoft and Multi-Tech have worked diligently to complete discovery before the close of fact discovery on August 31, 2001, as set forth in the October 19, 2000 Pretrial Order. Because of witness and attorney unavailability, however, certain depositions were not completed within the fact discovery period. As these depositions were properly noticed within the discovery period, the parties agreed, and the Court approved, that the Pretrial Order should be modified to allow the parties to take such depositions, which were to be completed by October 5, 2001. See Stipulation and Order to Modify Pretrial Order, signed by Judge Erickson on 9/5/01, docket number 43.

Due to the terrorist attacks on September 11, 2001, and the resulting disruption of travel, the parties hereby agree, subject to the Court's approval, that the Pretrial Order should be further



2294502.2

FILED SEP 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Sidley PAGE.03
SEP 25 '01 16:35

Received Sep 25 02:11PM (01:12) on S&A line [6] for 'RCEDEROT' WORKSRV4 printed OPE3BB090F72FE7 on Sep 25 03:19PM 2001 * Pg 4/5
SEP 25 '01 14:35 FR R.K.M.& C. L.L.P. 612 339 4181 TO 2464#121061*0087 P.04/05

modified to allow the parties to take depositions that were properly noticed within the original discovery period, which will be completed by October 31, 2001.

Dated: September 25, 2001

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

BY: [signature]

Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Ken R. Hall (#247017)
Joseph A. Mandernach (#295681)
Misti Nelc (#296090)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF, MULTI-TECH SYSTEMS, INC.**

Dated: September 25, 2001

SIDLEY, AUSTIN, BROWN & WOOD

BY: [signature]

David T. Pritikin
Richard A. Cederoth
Douglas I. Lewis
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

**ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT, MICROSOFT CORPORATION**



2294502.2

**IT IS SO ORDERED:**

Dated: 9/27, 2001

Raymond L. Erickson
Honorable Raymond L. Erickson
United States Magistrate Judge