**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MICROSOFT CORPORATION,
a Washington corporation,

Plaintiff and
Counterclaim Defendant,

v.

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Defendant and
Counterclaim Plaintiff.

Case No. 00-CV-1412 (ADM/RLE)

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

v.

NET2PHONE, INC.,
a Delaware corporation,

Defendant.

Case No. 00-CV-1627 ADM/RLE

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

v.

DIALPAD.COM, INC.,
a California corporation;

Defendant.

Case No. 00-CV-1540 ADM/RLE

**STIPULATION AND ORDER TO MODIFY PRETRIAL ORDERS (CLAIM CONSTRUCTION)**

2295161.3

FILED OCT 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Subject to the Court's approval, Microsoft Corporation ("Microsoft"), Net2Phone, Inc. ("Net2Phone"), Dialpad Communications, Inc. ("Dialpad") and Multi-Tech Systems, Inc. ("Multi-Tech") stipulate to the following amendments to the Pretrial Orders, dated October 17, 2000 (Case Nos. 00-CV-1627 (ADM/RLE) and 00-CV-1540 (ADM/RLE)) and October 19, 2000 (Case No.00-CV-1412 (ADM/RLE)).

In the Pretrial Orders the Court set forth timetables leading up to a possible Markman Hearing. Now that the parties have substantially completed fact discovery, the parties desire to propose a modification of the Pretrial Orders as they relate to claim construction issues. All parties want to move this case forward to claim construction in the most efficient way possible. Thus, the parties have agreed upon the following procedure: In accordance with the timetables set forth below, Multi-Tech shall serve upon Microsoft, Net2Phone and Dialpad a claim construction statement, which will contain the following for each asserted claim of each asserted patent: 1) the asserted claim element for which a claim construction is sought; 2) the claim construction sought from the Court; 3) the specific intrinsic evidence supporting the claim construction (e.g., if there is reliance on the file history then specific pages of the file history must be cited); and 4) the specific extrinsic evidence, if any, supporting the claim construction (e.g., dictionary definitions with specific citations; brief summary of any expected expert testimony). In accordance with the timetable set forth below, Microsoft, Net2Phone, and Dialpad will serve upon Multi-Tech responsive claim construction statements, which will contain the following for each asserted claim of each asserted patent: 1) the asserted claim element for which a claim construction is sought; 2) the claim construction sought from the Court if different than that proposed by Multi-Tech; 3) the specific intrinsic evidence supporting the claim construction (e.g., if there is reliance on the file history then specific pages of

the file history must be cited); and 4) the specific extrinsic evidence, if any, supporting the claim construction (e.g., dictionary definitions with specific citations; brief summary of any expected expert testimony). If any party asserts that a claim element should be construed in accordance with 35 U.S.C. section 112, paragraph 6, then that party shall so state in its claim construction statement and shall identify with specificity the corresponding structure in the specification. If any party intends to rely upon expert testimony as part of the claim construction process then that party must disclose the name of the expert by November 16, 2001.

The claim construction statements shall have the same effect as interrogatory answers and may be changed only for good cause shown.

Upon completion of this procedure, the parties will jointly make a motion to the Trial Court for a claim construction hearing. The parties will then submit briefs on claim construction in accordance with the following schedule: each party shall simultaneously submit its opening brief on claim construction on December 14, 2001; each party shall simultaneously submit its reply brief on claim construction on January 25, 2002.

The parties do not by this proposed amendment to the Pretrial Orders suggest that the Trial Court must conduct a Markman Hearing or that any Markman Hearing take any particular form, including the presentation of expert testimony, but rather will approach the Trial Court about such issues at a time after the exchange of the claim construction briefs.

The parties will also approach the Trial Court about the timing of expert reports. The parties believe that expert reports will be more focused after the Trial Court has ruled on claim construction. The parties reserve the right to ask the Trial Court to defer expert reports until after its ruling on claim construction. Subject to any further ruling by the Court on the sequence of the Markman

process and the expert reports, expert reports shall be due in accordance with the following schedule: initial expert reports (those on which the submitting party bears the burden of proof): March 22, 2002; rebuttal expert reports: April 19, 2002.

The deadlines for the parties' proposed claim construction and for expert disclosures are listed below:

**MICROSOFT v. MULTI-TECH (CASE NO. 00-CV-1412 (ADM/RLE))**

| **Description:** | **Present Date:** | **Stipulated Date:** |
|---|---|---|
| Multi-Tech's identification of asserted patents and claims | N/A | October 5, 2001 |
| Multi-Tech's claim construction statement due | N/A | October 19, 2001 |
| Microsoft's claim construction statement due | N/A | November 16, 2001 |
| Disclosure of any experts who will provide testimony on claim construction | N/A | November 16, 2001 |
| Opening brief on claim construction due | N/A | December 14, 2001 |
| Reply brief on claim construction due | N/A | January 25, 2002 |
| Exchange of initial expert reports (covering issues on which the submitting party bears the burden of proof) | November 30, 2001 | March 22, 2002 |
| Exchange of rebuttal expert reports | December 31, 2001 | April 19, 2002 |

**MULTI-TECH v. NET2PHONE (CASE NO. 00-CV-1627 (ADM/RLE))**

| **Description:** | **Present Date:** | **Stipulated Date:** |
|---|---|---|
| Multi-Tech's identification of asserted patents and claims | N/A | October 5, 2001 |
| Multi-Tech's claim construction statement due | N/A | October 19, 2001 |

| | | |
|---|---|---|
| Net2Phone's claim construction statement due | N/A | November 16, 2001 |
| Disclosure of any experts who will provide testimony on claim construction | N/A | November 16, 2001 |
| Opening brief on claim construction due | N/A | December 14, 2001 |
| Reply brief on claim construction due | N/A | January 25, 2002 |
| Exchange of initial expert reports (covering issues on which the submitting party bears the burden of proof) | October 22, 2001 | March 22, 2002 |
| Exchange of rebuttal expert reports | November 21, 2001 | April 19, 2002 |

**MULTI-TECH v. DIALPAD (CASE NO. 00-CV-1540 (ADM/RLE))**

| **Description:** | **Present Date:** | **Stipulated Date:** |
|---|---|---|
| Multi-Tech's identification of asserted patents and claims | N/A | October 5, 2001 |
| Multi-Tech's claim construction statement due | N/A | October 19, 2001 |
| Dialpad's claim construction statement due | N/A | November 16, 2001 |
| Disclosure of any experts who will provide testimony on claim construction | N/A | November 16, 2001 |
| Opening brief on claim construction due | N/A | December 14, 2001 |
| Reply brief on claim construction due | N/A | January 25, 2002 |
| Exchange of initial expert reports (covering issues on which the submitting party bears the burden of proof) | October 18, 2001 | March 22, 2002 |
| Exchange of rebuttal expert reports | November 20, 2001 | April 19, 2002 |

All other aspects of the respective Pretrial Orders remain in effect.

Respectfully submitted:

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

Dated: 10-5, 2001

By: [signature]
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Ken R. Hall (#247017)
Joseph A. Mandernach (#295681)
Misti Nelc (#296090)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF, MULTI-TECH SYSTEMS, INC.**

**SIDLEY, AUSTIN, BROWN & WOOD**

Dated: ____________, 2001

BY: ______________________________
David T. Pritikin
Richard A. Cederoth
Douglas I. Lewis
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

**ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT, MICROSOFT CORPORATION**

Respectfully submitted:

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Dated:____________, 2001

By:________________________

Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Ken R. Hall (#247017)
Joseph A. Mandernach (#295681)
Misti Nelc (#296090)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF, MULTI-TECH SYSTEMS, INC.**

SIDLEY, AUSTIN, BROWN & WOOD

Dated: October 5, 2001

BY: ________________________

David T. Pritikin
Richard A. Cederoth
Douglas I. Lewis
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

**ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT, MICROSOFT CORPORATION**

Dated:____________, 2001

SKJERVEN MORRILL MACPHERSON LLP

By:______________________________
Bryan Anderson

610 Newport Center Drive, Suite 330
Newport Beach, California 92660
(949) 718-6780

**ATTORNEYS FOR DEFENDANT DIALPAD COMMUNICATIONS, INC.**

Dated: Oct. 5, 2001

**OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.**

By:______________________________
Steven C. Tabackman
Michael R. Casey
Kenneth T. Cuccinelli II
Derek Richmond

1755 Jefferson Davis Highway
Fourth Floor
Arlington, VA 22202
(703) 413-3000

**ATTORNEYS FOR DEFENDANT NET2PHONE, INC.**

**IT IS SO ORDERED:**

Dated: ____________, 2001

______________________________
Honorable Raymond L. Erickson
United States Magistrate Judge

Dated: ____________, 2001

**SKJERVEN MORRILL MACPHERSON LLP**

By: ______________________
Bryan Anderson

610 Newport Center Drive, Suite 330
Newport Beach, California 92660
(949) 718-6780

**ATTORNEYS FOR DEFENDANT DIALPAD COMMUNICATIONS, INC.**

Dated: ____________, 2001

**OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.**

By: ______________________
Steven C. Tabackman
Michael R. Casey
Kenneth T. Cuccinelli II
Derek Richmond

1755 Jefferson Davis Highway
Fourth Floor
Arlington, VA 22202
(703) 413-3000

**ATTORNEYS FOR DEFENDANT NET2PHONE, INC.**

**IT IS SO ORDERED:**

Dated: 10/11, 2001

______________________
Honorable Raymond L. Erickson
United States Magistrate Judge