**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RECEIVED
01 NOV -1 PM 4:54
CLERK U.S. DISTRICT COURT
MINNEAPOLIS

Case No. 00-CV-1412 (ADM/RLE)

MICROSOFT CORPORATION,
a Washington corporation,

Plaintiff and
Counterclaim Defendant,

v.

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Defendant and
Counterclaim Plaintiff.

**STIPULATION AND ORDER TO MODIFY PRETRIAL ORDER**

Subject to the Court's approval, Plaintiff and Counterclaim Defendant Microsoft Corporation ("Microsoft") and Defendant and Counterclaim Plaintiff Multi-Tech Systems, Inc. ("Multi-Tech") stipulate to the following:

The parties in the action and in related Multi-Tech patent litigation submitted a Stipulation on October 5, 2001 (which the Court adopted and entered as an Order on October 11, 2001) regarding the sequence and timing of Claim Construction Statements, and subsequent briefing and hearing on claim construction issues.

Before reaching that October 5th Stipulation, both Microsoft and Multi-Tech prepared and served numerous Requests to Admit during the discovery period. The parties each objected to responding to these Requests, and the parties mutually agreed to hold formal objections and responses to such Requests to Admit in abeyance.



63

FILED NOV 15 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Multi-Tech previously served Interrogatory Nos. 17-25 on Microsoft, which related to Microsoft's contentions and corresponded to certain of Multi-Tech's pending Requests to Admit. Microsoft also previously served interrogatories on Multi-Tech, asking for, *inter alia*, Multi-Tech to explain how it reads its claims on Microsoft's accused products (Interrogatory No. 2(c)(ii) in Microsoft's First Set of Interrogatories), which Multi-Tech products it believes fall within the patents-in-suit (Interrogatory No. 1 in Microsoft's Second Set of Interrogatories), and the basis for Multi-Tech's contentions that corresponded to certain of Microsoft's pending Requests to Admit (Interrogatory No. 2 in Microsoft's Third Set of Interrogatories). Microsoft also contends that Multi-Tech also has not met all of its obligations under Paragraph 1 of the October 19, 2000 Pretrial Order to "explain each of the function, way and result that it contends are equivalent, and why it contends that any differences are not substantial."

The parties therefore stipulate, subject to the Court's approval, to modify the October 19, 2000 Pretrial Order, which will accommodate the claim construction process by deferring any response to: each party's respective Requests to Admit; Multi-Tech's Interrogatory Nos. 17-25; Microsoft's Interrogatory Nos. 1 (Second Set), 2(c)(ii) (First Set), and 2 (Third Set); and further compliance with Paragraph 1 of the Pretrial Order (referred to collectively herein as "Written Discovery"). Because the parties agree that the Written Discovery should appropriately follow resolution of the claim construction issues, the parties therefore stipulate and propose that:

1. Within fifteen (15) days after the Court enters a claim construction order, the parties will attempt to reach agreement on dates on which the parties will respond to the Written Discovery and what if any limits should be imposed on the Written Discovery.

2. If the parties cannot so agree, the parties will present the matter to the Court by way of motion or application for resolution at the next available hearing date (with each party preserving its previously-stated objections to the Written Discovery).

Such a deferral will not delay the other existing deadlines under the Pretrial Order, as amended, which shall in all other respects remain in place.

The parties further stipulate that in light of their agreement regarding claim construction procedures, good cause has been shown to extend the discovery period with respect to the above-described Written Discovery.

Respectfully submitted,

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

Dated: November 1, 2001

BY: [signature]

Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Ken R. Hall (#247017)
Joseph A. Mandernach (#295681)
Misti Nelc (#296090)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF, MULTI-TECH SYSTEMS, INC.**

Dated: November 1, 2001

**SIDLEY AUSTIN BROWN & WOOD**

BY: Doug Lewis by David R Crosby — Leonard Street and Deinard (612) 335-1627

David T. Pritikin
Richard A. Cederoth
Douglas I. Lewis
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

**ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT, MICROSOFT CORPORATION**

**IT IS SO ORDERED:**

Dated: 11/15, 2001

Raymond L. Erickson
Honorable Raymond L. Erickson
United States Magistrate Judge