UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

v.

NET2PHONE, INC.,
a Delaware corporation,

Defendant.

Case No. 00-CV-1627 ADM/RLE

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

v.

DIALPAD.COM, INC.,
a California corporation;

Defendant.

Case No. 00-CV-1540 ADM/RLE

MICROSOFT CORPORATION,
a Washington corporation,

Plaintiff and
Counterclaim Defendant,

v.

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Defendant and
Counterclaim Plaintiff.

Case No. 00-CV-1412 (ADM/RLE)

Word 2305210.1



DEC 14 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# STIPULATION AND JOINT MOTION TO MODIFY PRETRIAL ORDERS REGARDING CERTAIN CLAIM CONSTRUCTION PROCEDURES

## STIPULATION

Subject to the Court's approval, Microsoft Corporation ("Microsoft"), Net2Phone, Inc. ("Net2Phone"), Dialpad Communications, Inc. ("Dialpad") and Multi-Tech Systems, Inc. ("Multi-Tech") stipulate to the following amendments to the Pretrial Orders, dated October 17, 2000 (Case Nos. 00-CV-1627 (ADM/RLE) and 00-CV-1540 (ADM/RLE)) and October 19, 2000 (Case No.00-CV-1412 (ADM/RLE)), all as modified by a joint Order in all cases dated October 11, 2001.

In previous Pretrial Orders the Court set forth timetables leading up to a possible Markman Hearing. The claim construction statements have been exchanged and the parties are drafting opening briefs, currently due to be served on December 14, 2001. By this Stipulation, the parties jointly seek: (1) a short four-day extension of the due dates for opening and reply briefs; and (2) relief from the page limitations set forth in this Court's Local Rules.

First, the parties have met and agreed that there is good cause for extending briefly the due date for simultaneous opening claim construction briefs from December 14, 2001, to December 18, 2001. The parties agree that if granted, they would exchange opening claim construction briefs (by sending them out overnight delivery) on December 18, 2001, and thereafter file their opening briefs with the Court as directed. The parties also stipulate and agree to a like extension of the due date for simultaneous service of reply claim construction briefs from January 25, 2002, to January 29, 2002, and thereafter file their reply briefs with the Court as directed.

Second, given the facts that Multi-Tech asserts eight independent and two dependent claims (in five separate patents) and that at least a dozen claim elements are disputed between the parties and given the fact that the subject matter is complex, the parties mutually believe that

extending the total page limit for briefing is appropriate. Unlike dispositive motions, or even appellate briefs, the claim construction briefing is an extensive and detailed discussion of the background technology, the applicable law and element-by-element construction of claims. The parties do not request live testimony in connection with claim construction, placing emphasis on their claim construction briefing. The parties therefore mutually stipulate and propose a 90-page combined total for their respective opening and reply briefs.

To coordinate with the revised briefing schedule herein, Microsoft's responses to Multi-Tech's Fourth Set of Requests for Production of Documents shall be due on December 20, 2001.

All other aspects of the respective Pretrial Orders remain in effect.

It is so stipulated, and the parties, by their undersigned counsel, respectfully move the Court to adopt their Joint Motion as an Order.

Respectfully submitted:

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

Dated: December 12, 2001

By: Kevin D. Conneely
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Ken R. Hall (#247017)
Joseph A. Mandernach (#295681)
Misti Nelc (#296090)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF, MULTI-TECH SYSTEMS, INC.**

Word 2305210.1

Dated: Dec 13, 2001

KELLY & BERENS, P.A.

By: [signature]

Madge S. Thorsen (#109666)
Richard A. Kaplan (#53661)
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 349-6171

**ATTORNEYS FOR DEFENDANT NET2PHONE, INC.**

Dated:__________, 2001

BRIGGS & MORGAN

By: ____________________

Jay W. Schlosser (#204353)
Jeffrey J. Keyes (#55505)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 334-8400

**ATTORNEYS FOR DEFENDANT DIALPAD COMMUNICATIONS, INC.**

Dated:__________, 2001

LEONARD, STREET AND DEINARD, P.A.

By: ____________________

David R. Crosby (#237693)
Douglas B. Greenswag (#150186)
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Phone: (612) 335-1500

**ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT, MICROSOFT CORPORATION**

Word 2305210.1

KELLY & BERENS, P.A.

Dated:______________, 2001

By: ________________________________
Madge S. Thorsen (#109666)
Richard A. Kaplan (#53661)
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 349-6171

ATTORNEYS FOR DEFENDANT NET2PHONE, INC.

BRIGGS & MORGAN

Dated: December 13, 2001

By: ________________________________
Jay W. Schlosser (#204353)
Jeffrey L. Keyes (#55505)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 334-8400

ATTORNEYS FOR DEFENDANT DIALPAD COMMUNICATIONS, INC.

LEONARD, STREET AND DEINARD, P.A.

Dated:______________, 2001

By: ________________________________
David R. Crosby (#237693)
Douglas B. Greenswag (#150186)
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Phone: (612) 335-1500

ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT, MICROSOFT CORPORATION

**KELLY & BERENS, P.A.**

Dated:_____________, 2001

By: ____________________________

Madge S. Thorsen (#109666)
Richard A. Kaplan (#53661)
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 349-6171

**ATTORNEYS FOR DEFENDANT NET2PHONE, INC.**

**BRIGGS & MORGAN**

Dated:_____________, 2001

By: ____________________________

Jay W. Schlosser (#204353)
Jeffrey J. Keyes (#55505)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 334-8400

**ATTORNEYS FOR DEFENDANT DIALPAD COMMUNICATIONS, INC.**

**LEONARD, STREET AND DEINARD, P.A.**

Dated: 12-13, 2001

By: [signature]

David R. Crosby (#237693)
Douglas B. Greenswag (#150186)
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Phone: (612) 335-1500

**ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT, MICROSOFT CORPORATION**

Word 2305210.1

**ORDER**

**BASED ON THE FOREGOING STIPULATION AND JOINT MOTION, IT IS SO ORDERED.**

Dated: December 14, 2001

United States District Court

Word 2305210.1