**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation, Plaintiff, v. MULTI-TECH SYSTEMS, INC., a Minnesota Corporation, Defendant. | Case No. 00-CV-1412<br>Honorable Ann D. Montgomery<br>Magistrate Judge Raymond L. Erickson<br>**ORDER** |

On December 14, 2001, Magistrate Judge Erickson issued an Opinion and Order (the "Order"), which, in part, denied a motion by Plaintiff Microsoft Corporation ("Microsoft") to compel production by Defendant Multi-Tech Systems, Inc. ("Multi-Tech") of patent applications related to the patents-in-suit, including patent applications that claim priority based on the patents-in-suit and foreign counterpart applications. Microsoft was served with a copy of the Order via facsimile after the close of business on December 14, 2001.

On December 28, 2001, Microsoft, pursuant to Local Rule 7.1(g), sent a letter to Magistrate Judge Erickson requesting permission to bring a motion for reconsideration. Magistrate Judge Erickson has not yet ruled on whether Microsoft may bring a motion for reconsideration.

Local Rule 72.1(b)(2) provides that the Court may modify the time for a party to appeal from a Magistrate Judge's nondispositive pretrial determination. Microsoft has requested that the Court modify the time for either party to appeal from the Order, pending resolution of the issue of Microsoft's request to bring a motion for reconsideration pending before Magistrate Judge Erickson. As Microsoft's time to appeal the Order pursuant to Rule 72.1(b)(2) has not yet expired,

FILED 1-4-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

the Court finds Microsoft's request for a short extension of time to appeal reasonable, and makes the following:

**ORDER**

Pursuant to Local Rule 72.1(b)(2), the time for either party to appeal the December 14, 2001 Opinion and Order is extended until the latter of: (a) two days after a decision is made on Microsoft's Rule 7.1(g) request for to bring a motion to reconsider (if the request is denied); or (b) two days after a ruling on the merits of the motion for reconsideration (if Microsoft's request to bring such a motion is granted).

Dated: January 3, 2002

BY THE COURT:

Ann D. Montgomery
United States District Court Judge