IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MULTI-TECH SYSTEMS, INC., Plaintiff, vs. NET2PHONE, INC., Defendant. | ) | Case No. 00-CV-1627 ADM/RLE |
| MICROSOFT, CORP., Plaintiff, vs. MULTI-TECH SYSTEMS, INC., Defendant. | ) | Case No. 00-CV-1412 ADM/RLE |

JOINT STIPULATION FOR STAY & ORDER

In light of this Court's August 16, 2002, order regarding claim construction of all of the patents in suit, Multi-Tech Systems, Inc. ("Multi-Tech"), Net2Phone, Inc. ("Net2Phone"), and Microsoft, Inc. ("Microsoft") jointly request that this Court stay the current case schedule for 30 days.

It is the parties' expectation that they will soon submit a stipulation of non-infringement and joint motion for entry of final judgement on Multi-Tech's infringement claims. In light of this circumstance, the parties agree that it would be extremely wasteful of the parties' resources to continue forward on all currently scheduled expert reports.

In light of the foregoing, it is HEREBY ORDERED that:



SEP 09 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

This case shall be stayed for 30 days, at which time the current schedule shall be recommenced.

Entered this 9th day of September, 2002, by

Anne Montgomery
U.S. District Court Judge

Jointly submitted,

Richard D. Kelly
Michael R. Casey
Kenneth T. Cuccinelli, II
Derek Richmond
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1755 Jefferson Davis Highway, 4th Floor
Arlington, VA 22202
Telephone: (703) 413-3000
Facsimile: (703) 413-2220
*Counsel for Net2Phone*

KELLY & BERENS, P.A.
Madge S. Thorsen (#109666)
Richard A. Kaplan (#53661)
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-6171
Facsimile: (612) 349-6416
*Co-Counsel for Net2Phone*

9-6-02

Ronald J. Schutz
Misti Nelc
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
*Counsel for Multi-Tech*

9-6-02

David T. Pritikin
Thomas D. Rein
Richard A. Cederoth
Douglas I. Lewis
SIDLEY, AUSTIN, BROWN & WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
*Counsel for Microsoft*

Douglas Greenswag
David Crosby
LEONARD, STREET AND ~~DIE~~ DEINARD, P.A.
Suite 2300
150 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
*Co-Counsel for Microsoft*

STIP30~1.DOC