# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Microsoft Corporation,
a Washington corporation

Case No. Civil 00-1412 ADM/RLE

v.

**JUDGMENT IN A CIVIL CASE**

Multi-Tech Systems, Inc.,
a Minnesota

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that: on 10/23/02 the Clerk enter final judgment on non-infringement of the '289,'470, '649, '627, and '523 patents pursuant to the FRCP 54(b) in favor of Plaintiff and Counterclaim Defendant Microsoft and against defendant and Counterclaim Plaintiff, Multi-Tech. in Civil action 00-1412 ADM/RLE

DATE: October 23, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery , Deputy Clerk